UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Angelia Johnson

v.                                                        Case Number: 4:19–cv–01622

Conn Appliances, Inc.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Vanessa D Gilmore

**PLACE:** Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 7/8/2019

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Injunction Hearing
Motion to Disqualify – #4

Date:    June 17, 2019

David J. Bradley, Clerk