UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ANGELIA JOHNSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:19-cv-01622 |
| | § | |
| **CONN APPLIANCES, INC. D/B/A** | § | |
| **CONN'S HOMEPLUS** | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Angelia Johnson ("Plaintiff") and Conn Appliances, Inc. d/b/a/ Conn's Homeplus ("Defendant") (Plaintiff and Defendant collective the "Parties") stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) the Parties stipulate to the dismissal of Plaintiff's claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227, (ECF No. 1, ¶¶ 36-40) **with prejudice** and to the dismissal of the remaining claim of Plaintiff under the Texas Debt Collection Act – Tex. Fin. Code § 392 et seq. (ECF No. 1, ¶¶ 41-43) **without prejudice**.

This stipulation of dismissal disposes of the entire action.

| | |
|---|---|
| By: */s/ Chris R. Miltenberger*<br>    Chris R. Miltenberger | By: */s/ Michael A. Harvey*<br>    Michael A. Harvey |
| **THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC** | **MUNSCH HARDT KOPF & HARR, P.C.** |
| **CHRIS R. MILTENBERGER**<br>State Bar No. 14171200<br>SD Texas Bar No.<br>1360 N. White Chapel, Suite 200<br>Southlake, Texas 76092<br>Tel: 817-416-5060<br>Fax: 817-416-5062<br>chris@crmlawpractice.com | **MICHAEL A. HARVEY**<br>State Bar No. 24058352<br>FIN: 917759<br>700 Milam Street, Suite 2700<br>Houston, Texas 77002-2732<br>Tel: 713-222-4015<br>Fax: 713-222-5894<br>Mharvey@munsch.com |
| **ATTORNEY-IN-CHARGE FOR PLAINTIFF** | **ATTORNEY-IN-CHARGE FOR DEFENDANT** |
| | **OF COUNSEL:** |
| | **EARL L. INGLE**<br>State Bar No. 24097234<br>FIN: 3219597<br>**MUNSCH HARDT KOPF & HARR, P.C.**<br>700 Milam Street, Suite 2700<br>Houston, Texas 77002<br>Telephone: 713-222-4075<br>Fax: 713-222-5886<br>eingle@munsch.com |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on September 18, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was filed with the Clerk of Court for the United States District Court for the Southern District of Texas using the CM/ECF system and that the document is available online.

          */s/ Chris R. Miltenberger*
               Chris R. Miltenberger