United States District Court
Southern District of Texas
**ENTERED**
September 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELIA JOHNSON, | § | |
| Plaintiff, | § § § | |
| v. | § | CASE NO. 4:19-cv-01622 |
| CONN APPLIANCES, INC. D/B/A CONN'S HOMEPLUS | § § § § | |
| Defendant. | § | |

## AMENDED ORDER OF DISMISSAL

This Order replaces the Order of Dismissal previously entered by the Court (ECF No. 20). In accordance with the Stipulation of Dismissal, this action is dismissed pursuant to Rule 41 (a)(1)(A)(ii).

Plaintiff's claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227, (ECF No. 1, ¶¶ 36-40) is dismissed **with prejudice** and Plaintiff's claim under the Texas Debt Collection Act – Tex. Fin. Code § 392 et seq. (ECF No. 1, ¶¶ 41-43) is dismissed **without prejudice**.

SIGNED on this 18th day of September, 2019 at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE